8 So.2d 227

**Ernest WATKINS and Ollie Farris v. STATE.**

**8 Div. 263.**

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 227

**Ernest WATKINS and Jim Willis v. STATE.**

**8 Div. 264.**

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 227

**Ernest WATKINS v. STATE.**

**8 Div. 265.**

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 854

**Johnnie WATSON v. STATE.**

**6 Div. 810.**

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

3 So.2d 927

**Hubert WEAVER v. STATE.**

**7 Div. 589.**

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 927

**Wilbur Guy WEAVER v. STATE.**

**6 Div. 797.**

Court of Appeals of Alabama.
July 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.